UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number: 08-29469 JHW

Debtor: Iesha D. Powell

| Check Number | Creditor | Amount |
|---|---|---|
| 1801759 | Bank of America, N.A. | 2094.28 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   March 13, 2013