UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 08-29469 JHW

Debtor: Ieisha D. Powell

| Check Number | Creditor | Amount |
|---|---|---|
| 1805016 | Bank of America, N.A. | 1570.73 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  May 3, 2013